UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

```
MBNA AMERICAN BANK,            )
                               )
            Plaintiff,         )    1:05-CV-00965-OWW LJO
                               )
      v.                       )
                               )
WALTER R. DURANT,              )    ORDER DISMISSING ACTION
                               )
                               )
            Defendant          )
_____)
```

Pursuant to the stipulation of the parties, this action is dismissed.

Dated: November 16, 2005            /s/ OLIVER W. WANGER
                                    _____
                                    OLIVER W. WANGER
                                    United States District Judge

1