UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA


MBNA AMERICAN BANK,

                                            1:05-cv-965-OWW
vs.

WALTER R. DURANT,                           ORDER TO SHOW CAUSE RE:
                                            IMPOSITION OF SANCTIONS


_____/

         To:
            **Phillip J. Brusseau**
            Wolpoff & Abramson LLP
            2625 Towngate Road
            Suite 330
            Westlake Willage, CA 91361


        You are hereby directed to appear before this Court on Monday, January 9, 2006, at 10:00 a.m. in Courtroom Two, 1130 O Street, Fresno, California, before the Honorable Oliver W. Wanger to show cause why sanctions should not be imposed against you for failure to apply for admission for practice before this court as required by the local rules.

        YOU ARE DIRECTED TO SHOW CAUSE by affidavit or certificate why such sanctions should not be imposed. Such affidavits or certificates are to be filed at least seven days prior to the hearing.


         DATED:  November 16, 2005

```
                              JACK L. WAGNER, Clerk

                         By:  /s/ Greg Lucas
                              G. Lucas, Deputy Clerk
```